USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/23/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------x

YENSY CONTRERAS, Individually, and On Behalf of All Others Similarly Situated,

          Plaintiff,

vs.

THE I.V. DOC INC.,

          Defendant.

---------------------------------------x

Case No. 1:22-CV-00008-VEC

**STIPULATION OF DISMISSAL**

**IT IS HEREBY STIPULATED AND AGREED** that the action shall be, and is hereby, dismissed with prejudice and without costs, or disbursements, or attorneys' fees to any party, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

DATED: November 15, 2022        **MIZRAHI KROUB LLP**

EDWARD Y. KROUB
JARRETT S. CHARO
WILLIAM J. DOWNES
225 Broadway, 39th Floor
New York, NY 10007
Telephone: 212/595-6200
212/595-9700 (fax)
ekroub@mizrahikroub.com
jcharo@mizrahikroub.com
wdownes@mizrahikroub.com

*Attorneys for Plaintiff*

DATED: November 16, 2022

**DENTONS US LLP (NY)**

Karla Del Pozo García
1221 Avenue Of The Americas
New York, NY 10020
212-768-5328
Email: Karla.Delpozogarcia@dentons.com

*Attorney for Defendant*

The parties' request to dismiss the case with prejudice is DENIED. The parties have already voluntarily dismissed this case without prejudice, *see* Dkt. 20, and they have not provided any legal authority for the proposition that a case that has already been dismissed without prejudice can subsequently be dismissed with prejudice when the plaintiff has not refiled the case.

SO ORDERED.

Date: 11/23/2022

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

2